IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION


Ice Cream and Coffee Beans, Inc.,    )       C/A No. 2:06-0215-DCN
                                     )
                     Plaintiff,      )
v.                                   )       **STIPULATION OF DISMISSAL**
                                     )
                                     )
Harold Levinson Associates, Inc.,    )
                                     )
                     Defendant.      )
_____)

   Pursuant to SCRCP 41(a) (1), the parties hereby stipulate to dismiss this action with

prejudice with each party to bear its own costs.

   WE SO STIPULATE.


HAYNSWORTH SINKLER BOYD, P.A.   NEXSEN PRUET, LLC


By   S/JOHN H. TILLER     By S/THOMAS S. TISDALE, JR.
  John H. Tiller        Thomas S. Tisdale, Jr.
  Attorneys for Plaintiff      Attorney for Defendant


Charleston: 385534 v.1